AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

TROYMENA MONROE,

**JUDGMENT IN A CIVIL CASE**

V.

PARBALL CORPORATION,

Case Number: 2:05-CV-0264-PMP-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion to dismiss is granted. Judgment is hereby entered in favor of the defendant, Parball and against the plaintiff Troymena Monroe.

| 12/8/2006 | LANCE WILSON |
|---|---|
| Date | Clerk |

/s/ ANDREW MENNEAR

(By) Deputy Clerk

Print    Save As...    Export as FDF    Retrieve FDF File    Reset